IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-02045

MARK LASSER, an individual,

    Plaintiff,

v.

CHARTER COMMUNICATIONS, INC. a Delaware corporation,
PETER BROWN,

    Defendants.

---

### DEFENDANTS' NOTICE OF REMOVAL AND NOTICE OF COMPLIANCE WITH D.C.COLO.LCIVR 81.1

---

Defendants Charter Communications, Inc. ("Charter") and Peter Brown ("Brown") (collectively, "Defendants"), by and through undersigned counsel, respectfully submit this Notice of Removal to remove this action to this Court from District Court, Denver County, Colorado. Removal jurisdiction exists under 28 U.S.C. § 1331 (federal question) and § 1367 (supplemental jurisdiction).

### I.    STATE-COURT ACTION

1.    On June 19, 2019, Plaintiff Mark Lasser ("Lasser") filed his Complaint in the District Court for the County of Denver, entitled *Mark Lasser v. Charter Communications, Inc. and Peter Brown,* Case No. 2019cv32398. *See* **Exhibit A**, a true and correct copy of the Complaint with its filed attachments.

2.    On June 24, 2019, Lasser served the Summons and a copy of his Complaint on Charter. *See* **Exhibit B**, a true and correct copy of the Summons and Return of Service, which

was filed on June 27, 2019.  On June 26, 2019, Peter Brown executed a Waiver of Service.  *See* **Exhibit C**, a true and correct copy of the Waiver of Service, which was filed on June 27, 2019.

3. On July 1, 2019, the Court issued a Delay Reduction Order.  *See* **Exhibit D.**

4. A copy of the current register of actions is attached as **Exhibit E**.

5. Pursuant to 28 U.S.C. § 1446(a), these documents comprise all of the "process, pleadings, and orders" filed in the state court action.

6. Pursuant to 28 U.S.C. § 1446(b), Charter's Notice of Removal was filed within 30 days of service of the Complaint.

7. By filing the current register of actions and the documents filed in the State Court, Defendants certify that they have fully complied with D.C.Colo.LCivR 81.1.

## II.     FEDERAL QUESTION JURISDICTION

8. Plaintiff's Complaint alleges claims under provisions of The Americans with Disabilities Act, specifically 42 U.S.C. §§ 12102(1)(A), 12102(2)(A), 12111(9) and 12112(a), and Section 504 of the Rehabilitation Act, 29 U.S.C. § 794, as well as claims under Colorado law, specifically the Colorado Anti-Discrimination Act, C.R.S. § 24-34-402(1)(a) *et seq.*, and wrongful discharge in violation of public policy.  Because Plaintiff's claims raise a federal question, jurisdiction in this Court is appropriate pursuant to 29 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.").

9. The Court has supplemental jurisdiction over Plaintiff's state law claims.  28 U.S.C. § 1367(a). As evidenced by the factual narrative in the Complaint, Plaintiff's federal claims and state law claims arise from the same case or controversy because they emanate from

Plaintiff's allegations that he was subjected to discrimination, retaliation, and wrongful termination. Therefore, this Court has supplemental jurisdiction over Plaintiff's state law claims. 28 U.S.C. § 1367(a).

10. Accordingly, this lawsuit is one that may be removed to this Court by Charter pursuant to 28 U.S.C. §§ 1441 and 1446, because this Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and supplemental jurisdiction under 28 U.S.C. § 1367.

### III.   VENUE

11. Before removal to this Court, this action was pending in the District Court, City and County of Denver, State of Colorado. Accordingly, under 28 U.S.C. § 85 and §1441(a), the United States District Court for the District of Colorado is the proper venue for removal.

### IV.   TIMELINESS OF REMOVAL

12. This Notice of Removal is timely because it has been filed within 30 days of Defendants' receipt of Plaintiff's Summons and Complaint on June 24, 2019 and June 26, 2019, respectively. See 28 U.S.C. § 1446(b)(1).

### V.   STATE COURT NOTIFIED

13. In accordance with 28 U.S.C. § 1446(d), copies of this Notice of Removal are being served on Lasser's counsel and filed with Denver County District Court.

### VI.   CONCLUSION

WHEREFORE, Defendants Charter Communications, Inc. and Peter Brown respectfully remove this action from the District Court, Denver County, Colorado, to this Court for further proceedings.

4

Dated:  July 15, 2019.                                        Respectfully submitted,

*s/Joshua B. Kirkpatrick*
Joshua B. Kirkpatrick
Elizabeth M. Froehlke
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, Colorado 80202
Telephone: (303) 629-6200
Facsimile: (303) 629-0200
jkirkpatrick@littler.com
efrohlke@littler.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July, 2019, a true and correct copy of **NOTICE OF REMOVAL** was filed and served via the CM/ECF system, which will send notification of such filing to the following.

Jason B. Wesoky
Darling Milligan PC
1331 17th Street, Suite 800
Denver, CO 80202

*s/Arlene Aguilar*
Arlene Aguilar